IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

EDDIE JAMES DAVIS, JR.                                                         PETITIONER

VS.                                                  CIVIL ACTION NO. 3:15cv387-DPJ-FKB

SHERIFF BILLY SOLLIE                                                          RESPONDENT

**REPORT AND RECOMMENDATION**

Eddie James Davis, Jr., filed this action pursuant to 28 U.S.C. § 2241 on May 28, 2015, while he was being held as a pretrial detainee in the Lauderdale County Detention Center. In his petition, he alleged that he was being improperly detained because he had been held more than 270 days without being brought to trial. Official records obtained by the undersigned from the Circuit Court of Lauderdale County indicate that on October 26, 2015, Davis entered a plea of guilty to his charges, a judgment of conviction was entered, and he was committed to the custody of the Mississippi Department of Corrections. Thus, his petition is now moot and subject to dismissal.

For this reason, the undersigned recommends that the petition be dismissed. The parties are hereby notified that failure to file written objections to the proposed findings, conclusions, and recommendation contained within this report and recommendation within fourteen (14) days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the proposed factual findings and legal

conclusions accepted by the district court. 28 U.S.C. § 636; Fed. R. Civ. P. 72(b); *Douglass v. United Services Automobile Ass'n*, 79 F.3d 1415, 1428-29 (5th Cir. 1996).

    Respectfully submitted, this the 18th day of May, 2016.

                                      /s/ F. Keith Ball
                                      UNITED STATES MAGISTRATE JUDGE